

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re John Anthony Buchanan, Relator

Appellate case number:      01-19-00615-CR

Date Motion Filed:          October 1, 2019

Party Filing Motion:        Relator, John Anthony Buchanan

A majority of the panel has voted to **deny** rehearing.

Judge's signature: _____/s/ Sherry Radack_____
      ☐ Acting individually   ☒ Acting for the Court

Date: ___January 16, 2020__